**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2205**

REGINALD EVANS,

Plaintiff - Appellant,

v.

JAYLIN'S PROPERTIES, LLC; ZONA JEFFERSON, as Trustee of Jaylin's Properties, LLC; SHULER KILLEN, LLC; CAROLINA RICHARDSON, Treasurer for Sumter County South Carolina; JAMES C. CAMPBELL, Clerk of Court for Sumter County South Carolina; SUMTER COUNTY SHERIFF'S DEPARTMENT; CITY OF SUMTER POLICE, Sumter, South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:25-cv-12074-JFA)

Submitted:  June 25, 2026                                      Decided:  June 29, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Evans appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Evans's 42 U.S.C. §§ 1981, 1983, and Americans with Disabilities Act complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B).  Appellees Jaylin's Properties, LLC, Zona Jefferson, and Shuler Killen, LLC have filed a motion to dismiss the appeal, and Evans has moved to strike that motion.  We have reviewed the record and find no reversible error.  Accordingly, we deny both pending motions and affirm the district court's order.  *Evans v. Jaylin's Props., LLC.*, No. 3:25-cv-12074-JFA (D.S.C. Sept. 30, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2